UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                              CIVIL ACTION

BETTY R. MARTIN                                     NUMBER 07-903-FJP-CN

## RULING

This matter is before the Court on the motion for summary judgment[1] by the United States Government which was filed on July 16, 2008. Because the plaintiff has failed to oppose this motion within 20 days as required by Local Rule 7.5M, the Court must assume that she has no opposition to this motion.[2] Furthermore, based on the evidence submitted with the Government's motion, the Court also finds that summary judgment should be granted as a matter of fact and law.

In February, 2007, defendant pled guilty to making a false claim in violation of 18 U.S.C. § 287.[3] Based upon the same conduct for which the defendant pled guilty in the criminal action, the United States brought this suit under the False Claims Act[4] to recover civil penalties from the defendant.

---

[1] Rec. Doc. No. 19.

[2] See Local Rule 7.5M, which requires "each respondent opposing a motion to file a response, including opposing affidavits, memorandum, and such supporting documents as are then available, within 20 days after service of the motion."

[3] Criminal Action No. 07-08-FJP-CN, Rec. Doc. Nos. 12 & 13.

[4] 31 U.S.C. § 3729.

Under *United States v. Thomas*,[5] the defendant is precluded from litigating her liability under the False Claims Act due to the doctrine of collateral estoppel.  Her prior criminal conviction is conclusive proof as to the issue of civil liability on this claim.

Based upon the evidence submitted, the United States suffered a loss of $2,000.00.  Under the False Claims Act, the loss is trebled to $6,000.00.[6]  Further, the defendant is liable to the United States for a civil penalty between $5,500 and $11,000.[7]  Because this is a single claim and the defendant admitted guilt in her criminal case, the Court imposes a penalty of $5,500.  As such, defendant shall be liable to the United States for $11,500.00, subject to a credit for any payments made by the defendant to FEMA pursuant to the restitution order in her criminal action.[8]

Judgement shall be entered accordingly.

IT IS SO ORDERED.

Baton Rouge, Louisiana, August 21, 2008.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[5] 709 F.2d 968 (5th Cir. 1983).

[6] 31 U.S.C. § 3729.

[7] *See* 31 U.S.C. § 3729, as amended Public Law 99-562, October 27, 1996, 100 Stat. 3153.

[8] Under 18 U.S.C. § 3664(j)(2), all payments made by the defendant on her criminal restitution will credited against the civil judgment rendered here.  Likewise, all payments made on the civil judgment will be credited against the restitution order.