UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                            CIVIL ACTION

BETTY R. MARTIN                                   NO. 07-903-FJP-CN

## JUDGMENT

The Court having previously entered its ruling granting the United States' Motion for Summary Judgment,

IT IS HEREBY ORDERED that there be judgment herein in favor of the United States of America and against Defendant **Betty R. Martin** in the sum of $6,000.00, together with a civil monetary penalty of $5,500.00, for a total of $11,500.00, plus interest from date of judgment until paid at the legal rate provided by 28 U.S.C. §1961, and costs.

Baton Rouge, Louisiana, August 21, 2008.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA